# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

FILED: MAY 16, 2008

In the Matter of

FRED MANCARI

v.

NESTLE CHOCOLATE & CONFECTION COMPANY, INC. d/b/a NESTLE CONFECTIONS & SNACKS

Case Number:
08CV2848  NF
JUDGE LEINENWEBER
MAGISTRATE JUDGE MASON

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

FRED MANCARI

| | |
|---|---|
| NAME (Type or print) Janice A. Wegner | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/Janice A. Wegner | |
| FIRM Lisa Kane & Associates, P.C. | |
| STREET ADDRESS 120 South LaSalle Street, Suite 1420 | |
| CITY/STATE/ZIP Chicago, IL 60603 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 06200062 | TELEPHONE NUMBER 312-606-0383 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO X |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO X |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO X |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO X |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |