IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| FRED MANCARI, | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 C 2848 |
| | ) | |
| v. | ) | Honorable Harry D. Leinenweber |
| | ) | Judge Presiding |
| NESTLE CHOCOLATE & | ) | Magistrate Judge Mason |
| CONFECTION COMPANY, d/b/a | ) | |
| NESTLE CONFECTIONS & SNACKS, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF DISMISSAL WITH PREJUDICE**

Plaintiff, FRED MANCARI, by and through his counsel, LISA KANE of LISA KANE & ASSOCIATES, P.C., pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby provides notice of his voluntary dismissal of this matter with prejudice.

        Respectfully submitted,

        FRED MANCARI, Plaintiff

        By /s/ Lisa Kane
            LISA KANE
        Attorney for Plaintiff

LISA KANE & ASSOCIATES, P.C.
ATTORNEY FOR PLAINTIFF
120 SOUTH LA SALLE STREET
SUITE 1420
CHICAGO, ILLINOIS 60603
(312) 606-0383
ATTORNEY CODE NO. 06203093