**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **FRED MANCARI,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **No. 08 C 2848** |
| | ) | |
| **v.** | ) | **Honorable Harry D. Leinenweber** |
| | ) | **Judge Presiding** |
| **NESTLE CHOCOLATE &** | ) | **Magistrate Judge Mason** |
| **CONFECTION COMPANY, d/b/a** | ) | |
| **NESTLE CONFECTIONS & SNACKS,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## NOTICE OF FILING

TO:     Marie Leggon Wrighten, Esquire
        Senior Counsel - Litigation, Nestle USA
        800 North Brand Boulevard
        Glendale, California 91203
        Facsimile No: 818/553-3520

    Please take notice that the 25th day of June, 2008, the Notice of Dismissal with Prejudice was filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, 20th Floor, Chicago, Illinois 60604, a copy of which is attached hereto.

                                        /s/ Lisa Kane
                                             Lisa Kane

LISA KANE & ASSOCIATES, P.C.
120 South LaSalle Street, Suite 1420
Chicago, Illinois 60603
(312) 606-0383
Attorney Code No. 06203093

## PROOF OF SERVICE

I, an attorney, hereby certify that I caused the above and foregoing Notice of Filing to be served upon those persons to whom said Notice is directed, via facsimile transmission, this 25th day of June, 2008, before the hour of 5:00 P.M.

                                        /s/ Lisa Kane